UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV1429 RWS |
| J.A. WACHTER BUILDERS, INC., | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on plaintiffs' for relief from judgment. On January 14, 2010, I entered default judgment in favor of plaintiffs. Plaintiffs now move for relief from that Judgment under Fed. R. Civ. P. 60(b), arguing that I should amend the Judgment to reflect that Wachter Constructors, LLC is also liable to plaintiffs for the full amount of the Judgment as the alter ego of the defendant. There is no memorandum in support of the motion setting forth the factual basis or legal authority for granting the requested relief. The sole support for this motion is plaintiffs' assertion that Wachter Constructors, LLC was found to be the alter ego of defendant in a separate, later filed action by another judge of this Court. Because plaintiffs' motion contains no facts or legal argument explaining how this could be the basis for relief under Fed. R. Civ. P. 60, the motion will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for relief from judgment [#18] is denied without prejudice.

Dated this 3rd day of December, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE